NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRUNSWICK CORPORATION,**

*Plaintiff-Appellant*

**v.**

**VOLVO PENTA OF THE AMERICAS, LLC,**

*Defendant-Appellee*

---

2023-1297

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:22-cv-00108-TSE-IDD, Judge T. S. Ellis, III.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

June 29, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court

**ISSUED AS A MANDATE:** June 29, 2023